**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

MICHAEL PARROTTE

    Plaintiff

vs.

LIONETTI ASSOCIATES, L.L.C d/b/a LORCO PETROLEUM SERVICES and LORCO

LORCO OF MARYLAND, LLC

    Defendants.

CIVIL NO. 1:13-cv-02660-ELH

## STIPULATION OF DISMISSAL

The Plaintiff, Michael Parrotte ("Plaintiff") files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case. Each party shall bear its own costs and expenses. The parties have reached an individual settlement, and none of the rights of any putative class members have been released, or are otherwise affected by this settlement.

Respectfully submitted,

PLAINTIFF,
By its attorney,

/s/
Stephen H. Ring
STEPHEN H. RING, P.C.
506 Main Street, Suite 215
Gaithersburg, MD 20878
Phone: (301) 563-9249
Fax: (301) 563-9639
shr@ringlaw.us

Dated: May 5, 2014

DEFENDANT,
By its attorney,

 /s/
Catherine M. Manofsky
Kramon and Graham PA
One South St., Suite 2600
Baltimore, MD 21202
Phone: (410) 752-6030
Fax: (410) 539-1269

Signature applied by Stephen H. Ring with authority from Catherine M. Manofsky

/s/
Stephen H. Ring

**Certificate of Service**

The undersigned hereby certifies that on May 5, 2014, the foregoing was served on counsel of record through the CM/ECF System.

/s/
Stephen H. Ring